Elvira Mosey, appellee, v. John E. Christensen, trading as John E. Christensen Agency and Loan Company, and Mary Catherine Barrett, appellants. Gen. No. 31,295.

Action to recover payments on real estate sales contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. L. P. Harriss, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 14, 1927.

Deming, Jarrett & Mulfinger, for appellants. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.